UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:

TONI HARRIS,                                                          CASE NO. 14-27642
                                                                                CHAPTER 13

    Debtor.
_____

OBJECTION TO CONFIRMATION OF PLAN
_____

Comes now movant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T, and objects to confirmation of the debtor's plan for the following reasons:

1. That the Plan is not sufficiently funded and is not feasible as proposed.

2. That the plan provides for no interest. Interest is 6.375%.

WHEREFORE, PREMISES CONSIDERED, secured creditor prays:

1. That the court enter an order denying confirmation of the debtor's plan or provide adequate protection so that the loan can be paid off during the life of the plan.

2. For such further, general and equitable relief to which THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-T shall be entitled.

THE BANK OF NEW YORK MELLON

BY:/s/Valerie Ann Spicer
VALERIE ANN SPICER – DISC 5743
Attorney for Movant
208 Adams Avenue
Memphis, TN  38103
(901) 526-8296
ann@weiss-spicer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2014, a copy of the Objection to Confirmation has been provided by US Mail, facsimile transmission or electronically to all parties as evidenced by the mailing list below.

/s/Valerie Ann Spicer
VALERIE ANN SPICER – DISC #5743
ATTORNEYS AT LAW/MOVANT
208 ADAMS AVENUE
MEMPHIS, TN 38103-1991
(901) 526-8296
ann@weiss-spicer.com

MAILING LIST

TONI HARRIS
2604 Heatherbrook Lane
Germantown, TN 38138

Joseph D. Fox
Attorney at Law
200 Jefferson #125
Memphis, TN 38103

Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Avenue
Suite 1113
Memphis, TN 38103